USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

DENNIS SUMLIN, on behalf of himself and all others similarly situated,

     Plaintiffs,

   v.

Good Tree International, Inc.

     Defendant.

------------------------------------- x

**MEMORANDUM ENDORSED**

Case no. 1:24-cv-6306

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: December 4, 2024

_/s/ Asher Cohen_
Asher Cohen, Esq.
ASHER COHEN PLLC
2377 56th Dr,
Brooklyn, New York 11234
(718) 914-9694
acohen@ashercohenlaw.com
*Attorney for Plaintiff*

_/s/ David R Deromedi_
David R Deromedi, Esq.
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
*Counsel for Defendant*

1

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

 SO ORDERED.

Dated: December 4, 2024
New York, New York

_/s/ Gregory H. Woods_
GREGORY H. WOODS
United States District Judge